OPINION — AG — ** SHEEP AND WOOL COMMISSION — ELECTION OF OFFICERS — STATEWIDE PROCEDURE ** PURSUANT TO 2 O.S. 1502 [2-1502] ET SEQ., AND 7 C.F.R. 7.1-40 THE SAME RULES APPLY TO STATEWIDE AND DISTRICT ELECTIONS OF MEMBERS OF THE OKLAHOMA SHEEP AND WOOL COMMISSION. THEREFORE, BOTH STATEWIDE AND DISTRICT ELECTIONS ELECTIONS SHOULD BE CONDUCTED IN THE SAME MANNER. CITE: 2 O.S. 1502 [2-1502] (TERRY J. JENKS)